# United States District Court

for

## District of Southern Ohio

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
(Probation Form 49, Waiver of Hearing is Attached)

Name of Offender: **Todd B Oliver**                              Case Number: **1:00CR00093**

Name of Sentencing Judicial Officer:     **The Honorable S. Arthur Spiegel**
                                         **United States Senior District Judge**

Date of Original Sentence: **June 14, 2001**

Original Offense: **Felon in Possession of a Firearm, in violation of 18 U.S.C. § 922(g)**

Original Sentence: **68 month(s) prison, 36 month(s) supervised release**

Type of Supervision: **Term Of Supv Rel**          Date Supervision Commenced: **October 12, 2005**

## PETITIONING THE COURT

[ ]   To extend the term of supervision for years, for a total term of years.

[X]   To modify the conditions of supervision as follows: **The defendant is required to participate in and successfully complete a program approved by the United States Probation Office for substance abuse, which program may include testing to determine whether the defendant has reverted to the use of drugs or alcohol.**

## CAUSE

Tod Oliver commenced a three year term of Supervised Release on October 12, 2005 after serving a 68 month sentence for Felon in Possession of a Firearm, in violation of 18 U.S.C. § 922(g). He tested positive for the use of marijuana on October 14, 2005 and for the use of cocaine on October 21, 2005. The offender has voluntarily agreed to a modification of his Supervised Release directing him to participate in substance abuse treatment. It is respectfully requested the Court sign the attached Form 49 (Waiver of Hearing to Modify Conditions) if in agreement. The offender will be referred to substance abuse treatment and he will be monitored for continued drug use via testing.

Respectfully submitted,                           Approved,

by  *[signature]*                                 by  *[signature]*
**Thomas Barbeau**
U. S. Probation Officer                           Supervising U. S. Probation Officer
Date:   **October 28, 2005**                      Date: 10-31-05

RE:   OLIVER, Todd B.                                                                            2
      1:00CR00093
      **Modification of Conditions**

---

THE COURT ORDERS:

[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[X]   The Modification of Conditions as Noted Above
[ ]   Other

_____
Signature of Judicial Officer

11/8/05
Date

PROB 49

# UNITED STATES DISTRICT COURT
## Southern District of Ohio

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel" I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing. I also understand I have the right to contact an attorney prior to signing this waiver.

I hereby knowingly and voluntarily waive my right to consult an attorney before signing this waiver and I knowingly and voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**The defendant is required to participate in and successfully complete a program approved by the United States Probation Office for substance abuse, which program may include testing to determine whether the defendant has reverted to the use of drugs or alcohol.**

Witness: _____    Signed: X _____
U.S. Probation Officer                          Probationer or Supervised Releasee

_____October 21, 2005_____
DATE