PROB 12A
(12/98)
RE:    OLIVER, Todd B.
       1:00CR00093

# United States District Court

for

## Southern District of Ohio

### Report on Offender Under Supervision

Name of Offender: **Todd B Oliver**                              Case Number: **1:00CR00093**

Name of Sentencing Judicial Officer:    **The Honorable S. Arthur Spiegel**
                                        **Senior United States District Judge**

Date of Original Sentence: **June 14, 2001**

Original Offense: **Felon in Possession of a Firearm, in violation of 18 U.S.C. § 922(g).**

Original Sentence: **68 month(s) prison, 36 month(s) supervised release**

Type of Supervision: **Term Of Supv Rel**         Date Supervision Commenced: **October 12, 2005**

## NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1) New law violation | On November 28, 2005, the Grand Jury for the Hamilton County, Ohio Court of Common Pleas returned a two-count Indictment against the offender charging him with Possession of Cocaine and Trafficking in Cocaine. |

U.S. Probation Officer Action:

Todd Oliver was sentenced to 68 months imprisonment, to be followed by three years of supervised release, on June 14, 2001 by the Honorable S. Arthur Spiegel, Senior United States District Judge for the Southern District of Ohio, after having been convicted of Being a Felon in Possession of a Firearm, in violation in 18 U.S.C. § 922(g). Oliver was released from imprisonment October 12, 2005 and he commenced his term of supervised release. He is being supervised by the undersigned United States Probation Officer. He was placed on the color code program (random drug testing) at the time of his first office visit on October 14, 2005. He tested positive for marijuana use on October 14, 2005 and for cocaine use October 21, 2005. Oliver voluntarily consented to a substance abuse treatment modification and the modification was approved by the Court on November 2, 2005. He was referred to treatment and kept his initial appointment with the Crossroads Center on November 17, 2005.

A routine record check indicated the offender was charged with Possession of Cocaine and Trafficking in Cocaine on November 28, 2005 in Hamilton County, Ohio Common Pleas Court case number B-0511510. His arrest for this alleged offense occurred on November 18, 2005. It is alleged that he was in possession of more than one gram but less than five grams of cocaine base (crack) which was packaged for shipment or distribution. Although bond has been approved, the offender has not posted bond. He remains in custody, and his trial is scheduled to commence January 10, 2006.

PROB 12A
(12/98)
RE:     OLIVER, Todd B.
        1:00CR00093

2

This officer respectfully recommends the Court take no action pending the outcome of the state charges. If the offender is released on bond, this officer will direct him to report weekly and he will be required to provide random drug screens and participate in substance abuse counseling. This officer will follow the case and submit another report to the Court when further information is obtained.

|  | Respectfully submitted, |  | Approved, |
|---|---|---|---|
| by | *(signature)* | by | *(signature)* |
|  | **Thomas Barbeau** |  | John C. Cole |
|  | U. S. Probation Officer |  | Supervising U. S. Probation Officer |
|  | Date:  **December 15, 2005** |  | Date: 12-22-05 |

[X] I concur with the recommendation of the Probation Officer
[ ] Submit a Request for Modifying the Condition or Term of Supervision
[ ] Submit a Request for Warrant or Summons

*(signature)*
Signature of Judicial Officer

12/27/05
Date