# United States District Court

__SOUTHERN__ DISTRICT OF __OHIO__

2006 SEP 19 PM 2:35

UNITED STATES OF AMERICA

V.

**TODD B OLIVER**

NOTICE

CASE NUMBER: **1:00cr93**

**(Hogan, MJ)**

| TYPE OF CASE | | |
|---|---|---|
| | ☐ CIVIL | ☒ CRIMINAL |

X TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Potter Stewart U.S. Courthouse<br>100 East Fifth Street<br>Cincinnati, Ohio 45202 | Room 706 |
| | DATE AND TIME |
| | 9-26-06 at 1:30pm |

TYPE OF PROCEEDING

*Preliminary Examination Hearing* the Honorable Timothy S. Hogan, U.S. Magistrate Judge.

TAKE NOTICE that the proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | RESET TO, DATE AND TIME |
|---|---|---|
| | | |

JAMES BONINI, CLERK
U.S. MAGISTRATE OR CLERK OF COURT

September 19, 2006
DATE

s/ Arthur Hill
(BY) DEPUTY CLERK

TO: Federal Public Defender

CC: U.S. Probation Office
   Pretrial Services
   U.S. Marshal's Office (FAX: 684-6397)
   U.S. Attorney's Office (ATTN: Timothy Oakley)

**NOTE: It is the responsibility of Counsel to notify their clients.**