⊕AO 442  (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

_____SOUTHERN_____ District of _____OHIO_____

UNITED STATES OF AMERICA

V.

**TODD BLAKE OLIVER**

**WARRANT FOR ARREST**

Case Number: **1:00-CR-00093**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____**TODD BLAKE OLIVER**_____
                                                                                      Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☒ Violation  ☐ Probation Violation Petition

charging him or her     (brief description of offense)

VIOLATIONS OF CONDITIONS OF SUPERVISED RELEASE (SEE ATTACHED PETITION)

in violation of _____ United States Code, Section(s) _____

JAMES BONINI (By: Kevin Moser, Deputy Clerk)       CLERK
Name of Issuing Officer                                              Title of Issuing Officer

_[signature]_                                                         September 18, 2006, Cincinnati, Ohio
Signature of Issuing Officer                                       Date and Location

Bail fixed at $ _____ by _____
                                            Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant _____
AT 100 E. FIFTH ST. CINCINNATI, OH 45202

| DATE RECEIVED 09/18/06 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 09/18/06 | ALLAN SHAW DEPUTY U.S. MARSHAL | _[signature]_ |