AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

_Southern_ DISTRICT OF _Ohio_

UNITED STATES OF AMERICA

v.

Todd Oliver

WAIVER OF PRELIMINARY
EXAMINATION OR HEARING
(Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number: 1:00CR093

I, __Todd Oliver__, charged in a (~~complaint~~) (petition) pending in this District with __Supervised Release Violation__ in violation of Title __18__, U.S.C., __3583__, and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (~~examination~~) (hearing), do hereby waive (give up) my right to a preliminary (~~examination~~) (hearing).

_[signature]_
Defendant

9/25/06
Date

_[signature]_
Counsel for Defendant