AO 456s (Rev. 8/01)  Notice

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

UNITED STATES OF AMERICA

                                                 Case Number:   1:00-cr-00093

    V.

TODD BLAKE OLIVER                       Senior District Judge S. Arthur Spiegel

## NOTICE

**TAKE NOTICE** that the SUPERVISED RELEASE REVOCATION HEARING (FINAL) in this case has been **RESET FROM 10/12/06** to the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Potter Stewart U.S. Courthouse<br>100 East Fifth Street<br>Cincinnati, Ohio 45202 | Courtroom #4, Room 842 |
| | DATE AND TIME<br>OCTOBER 19, 2006 at 10:00 AM |

                                                        JAMES BONINI, CLERK

                                                        s/Kevin Moser<br>
                                                        Kevin Moser<br>
                                                        Case Manager<br>
                                                        (513) 564-7620

cc: Tim Oakley, Esq., AUSA     Richard Smith-Monahan, Esq.     USMS     Probation     Pretrial Services

---

You can obtain all the pretrial procedures and forms used by the Judge by visiting our website at

                                          www.ohsd.uscourts.gov

Click on Judges and then on Procedures and Forms above the Judge's address.

If you do not have the ability to access the Website for the Judge's procedures and forms, please contact me.