AO 245D (Rev. 12/03) Sheet 1 - Judgment in a Criminal Case for Revocation

# United States District Court
## Southern District of Ohio at Cincinnati

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**TODD BLAKE OLIVER** | **JUDGMENT IN A CRIMINAL CASE**<br>(For Revocation of Probation or Supervised Release)<br><br>Criminal Number:   1:00-CR-00093<br><br>USM Number:   03361-061<br><br>Richard Smith-Monahan, Esq.<br>Defendant's Attorney |

**THE DEFENDANT:**

[✔]   admitted guilt to violation of condition(s) 1 of the term of supervision.
[ ]   was found in violation of condition(s) ___ after denial or guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Commission of a State Crime<br>(Possession of Cocaine Base (Crack)) | 11/28/2005 |

The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]   The defendant has not violated condition(s) ___ and is discharged as to such violation(s) condition.

IT IS ORDERED that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

| | |
|---|---|
| Defendant's Soc. Sec. No.:   ***-**-3173 | October 19, 2006<br>Date of Imposition of Sentence |
| Defendant's Date of Birth:   **/**/1964 | _[signature]_<br>Signature of Judicial Officer |
| Defendant's Residence Address:<br>**Hamilton County Justice Center**<br>**1000 Sycamore Street**<br>**Cincinnati, OH 45202** | |
| | S. ARTHUR SPIEGEL, United States Senior District Judge<br>Name & Title of Judicial Officer |
| Defendant's Mailing Address:<br>**Hamilton County Justice Center**<br>**1000 Sycamore Street**<br>**Cincinnati, OH 45202** | 10/19/06<br>Date |

AO 245B (Rev. 06/05) Sheet 2 - Imprisonment

| | | |
|---|---|---|
| CASE NUMBER: | 1:00-CR-00093 | Judgment - Page 2 of 2 |
| DEFENDANT: | TODD BLAKE OLIVER | |

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **TWENTY FOUR (24) MONTHS, THE SENTENCE TO BE SERVED CONSECUTIVE TO ANY SENTENCE IMPOSED ON PENDING STATE CHARGES**.

[ ]   The court makes the following recommendations to the Bureau of Prisons:

[✔]   The defendant is remanded to the custody of the United States Marshal.

[ ]   The defendant shall surrender to the United States Marshal for this district.
     [ ] at ___ on ___.
     [ ] as notified by the United States Marshal.

[ ]   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
     [ ] before 2:00 p.m. on _____.
     [ ] as notified by the United States Marshal but no sooner than
     [ ] as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal