AO 245D (Rev. 12/03) Sheet 1 - Judgment in a Criminal Case for Revocation

# United States District Court
## Southern District of Ohio at Cincinnati

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**TODD BLAKE OLIVER** | **JUDGMENT IN A CRIMINAL CASE**<br>(For Revocation of Probation or Supervised Release)<br><br>Criminal Number: 1:00-CR-00093<br>USM Number: 03361-061<br><br>Richard Smith-Monahan, Esq.<br>Defendant's Attorney |

**THE DEFENDANT:**

[✓] admitted guilt to violation of condition(s) 1 of the term of supervision.
[ ] was found in violation of condition(s) ___ after denial or guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Commission of a State Crime<br>(Possession of Cocaine Base (Crack)) | 11/28/2005 |

The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has not violated condition(s) ___ and is discharged as to such violation(s) condition.

IT IS ORDERED that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.: ***-**-3173

Defendant's Date of Birth: **/**/1964

Defendant's Residence Address:
Hamilton County Justice Center
1000 Sycamore Street
Cincinnati, OH 45202

Defendant's Mailing Address:
Hamilton County Justice Center
1000 Sycamore Street
Cincinnati, OH 45202

October 19, 2006
Date of Imposition of Sentence

Signature of Judicial Officer

S. ARTHUR SPIEGEL, United States Senior District Judge
Name & Title of Judicial Officer

10/19/06
Date

I certify that this is a true and correct copy of the original filed in my Office on 10/19/06
JAMES BONINI, CLERK
BY: [signature]
Deputy Clerk
DATE: 10/19/06

*Please execute and return in the attached envelope*

AO 245B (Rev. 06/05) Sheet 2 - Imprisonment

CASE NUMBER: 1:00-CR-00093
DEFENDANT: TODD BLAKE OLIVER

Judgment – Page 2 of 2

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **TWENTY FOUR (24) MONTHS, THE SENTENCE TO BE SERVED CONSECUTIVE TO ANY SENTENCE IMPOSED ON PENDING STATE CHARGES**.

[ ]   The court makes the following recommendations to the Bureau of Prisons:

[✔]   The defendant is remanded to the custody of the United States Marshal.

[ ]   The defendant shall surrender to the United States Marshal for this district.
    [ ] at ___ on ___.
    [ ] as notified by the United States Marshal.

[ ]   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    [ ] before 2:00 p.m. on _____.
    [ ] as notified by the United States Marshal but no sooner than
    [ ] as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on __2-5-07__ to __FCI MAN__
at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal