IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

    vs.                        : CRIMINAL NO: CR-1-00-93
                                : JUDGE SPIEGEL

**TODD, B. OLIVER,**

        **Defendant.**

## SATISFACTION OF CRIMINAL JUDGMENT

Now comes the United States of America and notifies this Court that the Defendant died November 13, 2007. As a result of the Defendant's death, his liability to pay the fine imposed in this case is terminated pursuant to 18 U.S.C. §3613 (b). Therefore, the Clerk of the United States District Court for the Southern District of Ohio is authorized and empowered to satisfy said judgment of record.

        Respectfully submitted,

        GREGORY G. LOCKHART
        United States Attorney


        s/Deborah F. Sanders
        DEBORAH F. SANDERS (0043575)
        Assistant United States Attorney
        Southern District of Ohio
        303 Marconi Boulevard, Suite 200
        Columbus, Ohio 43215-2401
        (614) 469-5715

## CERTIFICATE OF SERVICE

A true copy of the above and foregoing Satisfaction of Judgement was electronically filed with the Clerk of the Court using the CM/ECF system and mailed to the Estate of Defendant, Todd, B. Oliver, 2636 Stanton Ave., Cincinnati, OH 45206 by first class mail, postage prepaid, this 14th day of August, 2008.

                                                s/Deborah F. Sanders
                                                DEBORAH F. SANDERS (0043575)
                                                Assistant United States Attorney